ACCEPTED
01-14-00748-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/17/2015 9:30:15 AM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00748-CR

In the
Court of Appeals
For the
First Judicial District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/17/2015 9:30:15 AM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

### No. 1315689
In the 183rd District Court of
Harris County, Texas

————————◆————————

**JAMES LEE SKINNER**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*

————————◆————————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

————————◆————————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.1(a) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 183rd District Court of Harris County, Texas, in State v. James Lee Skinner, Cause Numbers 1315689, appellant was charged with possession of methamphetamine, between 4 and 400 grams, with intent to deliver.

2. The court sentenced appellant to 10 years deferred adjudication.

3. The State's brief is due on April 17, 2015.

5. An extension of time in which to file the State's brief is requested until May 18, 2015.

6. No previous extension has been requested by the State.

7. The facts relied upon to explain the need for this extension are:

   a) The undersigned attorney was assigned this case on April 13, 2015.

   b) The undersigned attorney recently finished writing the State's briefs in the following case:

      (1) Cause Number 14-14-00473-CR, *Jimmy Earl Van-Cleave, Appellant v. The State of Texas, Appellee*, which involves three points of error and three volumes of the reporter's record and that was filed on April 3, 2015;

      (2) and Cause Number 14-14-00910-CR, *Ex parte Erik Montes de Oca-Orozco*, which involved two points of error and one volume of the reporter's record and that was filed on April 15, 2015.

   c) The undersigned attorney was also recently preparing for oral argument in Cause Number 01-13-00931-CR, *Melissa Dromgoole, Appellant v. The State of Texas, Appellee*, that was held on April 8, 2015.

d) The undersigned attorney is also currently engaged in the preparation of the State's Brief in the following appellate cause numbers:

(1) Cause Number 14-14-00874-CR, *Charles Roberts, Appellant v. The State of Texas, Appellee*, which involves three points of error and seven volumes of the reporter's record; and

(2) Cause Number 01-14-00900-CR, *Felicity Burris, Appellant v. The State of Texas, Appellee*, which involves one points of error and one volume of the reporter's record.

WHEREFORE, the State prays that this Court will grant an extension of time until May 18, 2015 in which to file the State's brief in this case.

Respectfully submitted,

/s/ *Carly Dessauer*

**CARLY DESSAUER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
State Bar No. 24069083
dessauer_carly@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served to appellant's attorney on April 17, 2015 through TexFile:

Norman J. Silverman
Attorney at Law
917 Franklin, 4th Floor
Houston, Texas 77002
lawyernorm@msn.com

/s/ *Carly Dessauer*
_____
**CARLY DESSAUER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
State Bar No. 24069083
dessauer_carly@dao.hctx.net
curry_alan@dao.hctx.net

Date:  April 17, 2015